```
                          United States Bankruptcy Court
                             Middle District of Florida
```

In re:                                                          Case No. 18-03545-CCJ
Key Building Group, LLC                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: badrienne           Page 1 of 1            Date Rcvd: Jun 15, 2018
                              Form ID: Dntcdinv         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
```
db            +Key Building Group, LLC,    3030 North Rocky Point Way,    Suite 150A,    Tampa, FL 33607-5803
ptcrd         +Arnaldo Fernandez,    560 Bay Isles Road,    #8424,    Longboat Key, FL 34228-0717
27614997      +Key Building Group, LLC,    3275 South John Young Parkway,    Suite 618,
                Kissimmee, FL 34746-6556
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 1

**[Dntcdinv]** [District Notice Deficient Filing Involuntary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                           Case No. 6:18−bk−03545−CCJ
                                                                                                 Chapter 7

Key Building Group, LLC


_____Debtor*_____/


NOTICE OF DEFICIENT FILING OF INVOLUNTARY PETITION
AND OPPORTUNITY TO CURE DEFICIENCIES

   On June 14, 2018, Arnaldo Fernandez ("Petitioning Creditor") filed an involuntary petition against the above−named Debtor under Chapter 7 of the Bankruptcy Code.

   The involuntary petition is deficient as set forth below. The Petitioning Creditor shall cure the deficiency within the specified period. If the deficiency is not cured, the Court may dismiss the involuntary petition without further notice.

   A Statement of Corporate Ownership was not filed for each Petitioning Creditor that is a corporation pursuant to Fed. R. Bankr. P. 1010(b) or was filed without an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 9011−4. The Petitioning Creditor is directed to file a signed Statement of Corporate Ownership within 14 days of the date of this notice.


                                                  FOR THE COURT
Dated: June 15, 2018                              Sheryl L. Loesch , Clerk of Court
                                                  George C. Young Federal Courthouse
                                                  400 West Washington Street
                                                  Suite 5100
                                                  Orlando, FL 32801


   The Clerk's office is directed to serve a copy of this notice on interested parties.

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.